# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PATTISON, <br><br> Plaintiff, <br> v. <br><br> CALAVERAS COUNTY WATER <br><br> Defendants. | 1:13-cv-0071 AWI SAB <br><br> ORDER CONTINUING MOTION TO DISMISS UNTIL MARCH 18, 2013 |

The parties have filed a stipulation to continue the pending motion to dismiss until March 25, 2013.  Pursuant to the parties' stipulation, the hearing set for March 11, 2013 is VACATED and the motion to dismiss is CONTINUED until March 25, 2013 at 1:30 p.m.   Any opposition and reply briefs should be filed pursuant to the Local Rules.

IT IS SO ORDERED.

Dated:   March 8, 2013

_____
SENIOR  DISTRICT  JUDGE