**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDWIN PATTISON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CALAVERAS COUNTY WATER DISTRICT, JOON LOPEZ, and Does 1-20, inclusive,**<br><br>**Defendants** | **1:13-cv-0071 AWI SAB**<br><br>**ORDER VACATING HEARING DATE OF MARCH 25, 2013, AND TAKING MATTER UNDER SUBMISSION** |

In this action for damages, defendants Calaveras County Water District, et al. ("Defendants") have moved to dismiss the first, second, third, fourth and sixth claims for relief alleged in the First Amended Complaint ("FAC") of plaintiff Edwin Pattison ("Plaintiff"). The matter was scheduled for oral argument to be held March 25, 2013. The Court has reviewed Defendants' Motion, Plaintiff's opposition, Defendants' reply, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 25, 2013, is VACATED, and no party shall appear at that time. As of March 25, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: March 19, 2013

SENIOR DISTRICT JUDGE