1
2
3
4
5
6
7
8
9
10
11
12
13
14

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDWIN PATTISON, | ) | 1:13-cv-0071 AWI SAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER VACATING** |
| v. | ) | **HEARING DATE OF JUNE 10,** |
| | ) | **2013, AND TAKING MATTER** |
| CALAVERAS COUNTY WATER | ) | **UNDER SUBMISSION** |
| DISTRICT, JOON LOPEZ, and Does | ) | |
| 1-20, inclusive, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

15

        In this action for wrongful termination, defendants Calaveras County Water District

16    and Joon Lopez ("Defendants") have filed a notice of motion to dismiss the second amended

17    complaint of plaintiff Edwin Pattison ("Plaintiff").  The matter was scheduled for oral

18    argument to be held June 10, 2013.  The Court has reviewed Defendants' motion, Plaintiff's

19    opposition, Defendants' reply, and the applicable law, and has determined that the Motion is

20    suitable for decision without oral argument.  Local Rule 78-230(h).

21        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 10,

22    2013, is VACATED, and no party shall appear at that time.  As of June 10, 2013, the Court

23    will take the matter under submission, and will thereafter issue its decision.

24    IT IS SO ORDERED.

25

      Dated:    June 6, 2013                           _____

26                                                                SENIOR  DISTRICT  JUDGE

27
28