# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PATTISON,<br><br>      Plaintiff,<br><br>    v.<br><br>CALAVERAS COUNTY WATER DISTRICT, JOON LOPEZ, and Does 1-20, inclusive,<br><br>      Defendants | 1:13-cv-0071 AWI SAB<br><br>ORDER VACATING HEARING DATE OF JUNE 10, 2013, AND TAKING MATTER UNDER SUBMISSION |

    In this action for wrongful termination, defendants Calaveras County Water District and Joon Lopez ("Defendants") have filed a notice of motion to dismiss the second amended complaint of plaintiff Edwin Pattison ("Plaintiff"). The matter was scheduled for oral argument to be held June 10, 2013. The Court has reviewed Defendants' motion, Plaintiff's opposition, Defendants' reply, and the applicable law, and has determined that the Motion is suitable for decision without oral argument. Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 10, 2013, is VACATED, and no party shall appear at that time. As of June 10, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    June 6, 2013                                                  
                                                                             SENIOR  DISTRICT  JUDGE