Robert H. Greenfield, Esq., SBN 114500
Kayla C. Villa, Esq. SBN 255641
GREENFIELD LAW
2390 Professional Drive
Roseville, CA  95661
Telephone: (916) 939-1070
Facsimile:   (916) 783-5232
Attorneys for Calaveras County
Water District and Joone Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PATTISON,<br><br>          Plaintiff,<br><br>     vs.<br><br>CALAVERAS COUNTY WATER DISTRICT, JOONE LOPEZ, FORMER EMPLOYEE OF THE CALAVERAS COUNTY WATER DISTRICT, and Does 1-20 inclusive,<br><br>          Defendants. | Case No.: 1:13-CV-00071-AWI-SAB<br><br>**STIPULATION TO SET ASIDE JUDGMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD as follows:

1.     The Parties agree and stipulate to a dismissal with prejudice of the entire action. Settlement Agreement has been fully executed, and the matter may now be fully dismissed with prejudice.

IT IS SO STIPULATED.

///

///

1
*Stipulation to Set Aside Judgment and Request for Dismissal with Prejudice of Entire Action*

Dated: July ____, 2013                                  GREENFIELD LAW

                                                         / s /
                                             ROBERT H. GREENFIELD
                                           Attorney for Calaveras County Water District

Dated: July ____, 2013                                  LAW OFFICE OF KENNETH M. FOLEY

                                                         / s /
                                           KENNETH M. FOLEY
                                           Attorney for Edwin Pattison

## ORDER

Based upon the above stipulation and good cause appearing:

The matter is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  July 31, 2013                                   _____/s/_____
                                                SENIOR DISTRICT JUDGE